IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| FERNANDA GUERRERO AND PAMELA DE LA ROSA § § § § § § § § VS. § § GONZALEZ TRUCKING SA DE CV § JUAN JESUS PINA RODRIGUEZ AND § IMPORTADORA INTERNACIONAL § DE REMOLQUES § | CIVIL CASE NO._____ JURY DEMAND |

## APPLICATION AND NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendant **GONZALEZ TRUCKING SA DE CV** ("Applicant") files this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between citizens of the state of Texas and subjects of a foreign nation. This notice of removal is filed within 30 days after this Defendant received the lawsuit papers and became aware of this case and it being one which is removable.

1. Plaintiffs, FERNANDA GUERRERO AND PAMELA DE LA ROSA, filed *Plaintiffs' Original Petition* in a cause of action against Defendants, GONZALEZ TRUCKING SA DE CV, JUAN JESUS PINA RODRIGUEZ AND IMPORTADORA INTERNACIONAL DE

REMOLQUES, in the 341st Judicial District Court of Webb County, Texas, Cause No. 2023CVA001058D3.

2. The petition states that service for Defendant Gonzalez Trucking SA DE CV was requested by serving its supposed Designated Process Agent: Mr. Jeffrey Fultz, 1221 McKinney, Ste., 4300, Houston, Texas 77010. The citation states service was to be effected on 1221 McKinney, Ste. 4300, Houston, Texas 77010. The green card and affidavit of service show service was made on 5912 San Bernardo Avenue #116, Laredo, Texas 78041. The person who signed the green card is unknown to this Defendant. The address in Laredo where the documents were mailed is a P.O Box that Defendant uses. The lawsuit paperwork was picked up by a representative for Defendant on September 22, 2023. Defendant Gonzalez Trucking, SA DE CV answered on October 18, 2023.

3. Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after Defendant Gonzalez Trucking, SA DE CV received notice of this lawsuit and became aware it was removable.

4. Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because it is a civil action between citizens and residents of the State of Texas and a citizen, resident, and business of a foreign state.

5. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Webb County, Texas on or about May 9, 2022. Defendant pleads that this Court has subject matter jurisdiction over this action, because the amount in controversy is in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Webb County. This case is being removed to the district and division from where the State court action was pending.

6. Based upon information and belief, and according to paragraph 2 in Plaintiffs' Original Petition, Plaintiff Fernanda Guerrero is a resident and citizen of Webb County, Texas.

7. Based upon information and belief, and according to paragraph 2 in Plaintiffs' Original Petition, Plaintiff Pamela De La Rosa is a resident and citizen of Webb County, Texas.

8. Defendant Gonzalez Trucking, SA de CV is a business formed and domiciled in Aguascalientes, AG, Mexico. It is not a resident of Texas.

9. The amount in controversy exceeds $75,000.00. In Plaintiffs' Original Petition, Plaintiffs seek monetary relief over $250,000.00 but not more than $1,000,000.00.

10. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicants would show the following:

   a. Plaintiffs: Fernanda Guerrero and Pamela De La Rosa

   b. Defendants: Gonzalez Trucking, SA de CV, Juan Jesus Pina Rodriguez and Importadora Internacional De Remolques.

   c. Status of service of process: Juan Jesus Pina Rodriguez, service on this Defendant was never requested.

   d. Status of service of process: Importadora Internacional De Remolques on this Defendant was never requested.

   e. Status of Service of Process: Gonzalez Trucking, SA DE CV answered on October 16, 2023.

   f. Counsel for each party is as follows:

   Counsel for Plaintiffs Fernanda Guerrero and Pamela De La Rosa:

   Ryan King
   State Bar No.: 24073263
   John D. Woods, Jr.
   State Bar No.: 24067950
   HAGOOD & KING, LLC
   1520 E. Highway 6
   Alvin, Texas 77511

Telephone: (281) 331-5757
Telecopier: (281) 331-1105
firm@h-kfirm.com

Counsel for Defendant Gonzalez Trucking SA de CV

Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
trodriguez@vrrtxlaw.com

g. A jury was demanded by Defendant Gonzalez Trucking, SA de CV, in the state district court, and the jury fee was paid.

h. Name and address of court from which the case is being removed:

341st Judicial District Court
Webb County
Laredo, Texas 78539

11. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 341st Judicial District Court of Webb County, Texas, Cause No. 2023CVA001058D3-styled Fernanda Guerrero and Pamela De La Rosa vs. Gonzalez Trucking, SA de CV, Juan Jesus Pina Rodriguez and Importadora Internacional De Remolques, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern

District of Texas and that the Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

Respectfully submitted,

By: _____
Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vrrtxlaw.com
*Attorneys for Defendant Gonzalez Trucking, SA DE CV*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel on this the 20 day of October 2023, as follows:

**VIA E-SERVICE:** firm@h-kfirm.com
Ryan King
John D. Woods, Jr.
HAGOOD & KING, LLC
1520 E. Highway 6
Alvin, Texas 77511
*Attorney for Plaintiffs*

_____
Tamara Rodriguez

5