UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FERNANDA GUERRERO AND PAMELA DELAROSA | § § § | |
| VS. | § | CIVIL ACTION NO. 5:23-cv-116 |
| GONZALEZ TRUCKING SA DE CV | § § § | |

## ORDER

The parties have filed a Joint Stipulation and Request for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 29).[1] Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. Therefore, the stipulation's filing automatically dismissed Plaintiffs' claims with prejudice. *See Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** December 10, 2024.

Marina Garcia Marmolejo
United States District Judge

---

[1] The joint stipulation references Federal Rule of Civil Procedure 41(a)(2), but the correct provision is 41(a)(1)(A)(ii), which allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

1